UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- x

CENTERHIGH LIMITED, trading as
S.H.O.N.O. UK,

                Plaintiff,

       - against -

KAREN AMEN, trading as Amen
Associates,

                Defendant.    x
----------------------------------------------------

Civil Action No.
CV-04-2352 (DGT)

ORDER

TRAGER, J.

    It having been reported to the Court that the above-captioned action is stayed pursuant to the filing of a bankruptcy petition, it is hereby

    ORDERED that the action is administratively closed pending the disposition of the aforementioned bankruptcy petition.

Dated:   Brooklyn, New York
           May 18, 2005

                                          SO ORDERED:

                                          s/David G. Trager
                                        David G. Trager
                                        United States District Judge